

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-4-2004

# In Re: Price

Precedential or Non-Precedential: Precedential

Docket No. 03-2084

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"In Re: Price " (2004). *2004 Decisions.* Paper 565.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/565

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-2084

IN RE: MICHAEL B. PRICE; CHRISTINE R. PRICE,
Debtors

MICHAEL B. PRICE; CHRISTINE R. PRICE,
Appellants

v.

DELAWARE STATE POLICE FEDERAL CREDIT UNION

US TRUSTEE,
Trustee

ORDER

Per the direction of the Court, the caption of the precedential opinion filed on June 3, 2004 is amended so as to delete the designation of Chief Judge proceeding District Court Judge: Joseph J. Farnan, Jr.

For the Court,

 /s/ Marcia M. Waldron
Clerk

Date: June 4, 2004
SLC/cc: Andrea G. Green, Esq.
　　　W. J. Winterstein, Jr., Esq.
　　　Eric L. Frank, Esq.